UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPERIAL IRRIGATION DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION,<br><br>Defendant. | CASE No. 3:15-cv-1576-AJB-RBB<br><br>**ORDER GRANTING JOINT MOTION APPROVING THE FILING OF A FIRST AMENDED COMPLAINT PURSUANT TO STIPULATION**<br><br>(Doc. No. 24) |

The Court has reviewed Plaintiff Imperial Irrigation District ("IID") and Defendant California Independent System Operator Corporation's ("CAISO") joint motion requesting approval of a stipulated filing and briefing schedule regarding the filing of a First Amended Complaint ("FAC") by IID and potential Motion to Dismiss IID's FAC by CAISO.  The stipulation provides the following:

- IID may file a First Amended Complaint ("FAC") on or before January 6, 2016.
- CAISO's Motion to Dismiss IID's FAC is due on or before February 5, 2016.

- IID's Opposition to CAISO's Motion to Dismiss is due on or before March 4, 2016.
- CAISO's Reply Brief in support of its Motion to Dismiss is due on or before March 18, 2016.

Defendant is directed to contact Judge Battaglia's chambers on February 5, 2016 to get a motion hearing date prior to filing its Motion to Dismiss.

IT IS SO ORDERED

Dated: December 9, 2015

Hon. Anthony J. Battaglia
United States District Judge